Jeffrey COHEN, Plaintiff–Appellant,

v.

Rod ROSENSTEIN, U.S. Attorney; Harry Gruber, Asst. U.S. Attorney; Joyce McDonald, Asst. U.S. Attorney, Defendants–Appellees.

No. 15–6193.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 11, 2015.

Decided: June 25, 2015.

Jeffrey Cohen, Appellant Pro Se.

Before NIEMEYER and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Vacated and remanded by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey Brian Cohen appeals the district court's order dismissing without prejudice,* under 28 U.S.C. §§ 1915, 1915A (2012), his suit against federal prosecutors brought pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971).

The district court determined that Cohen's complaint raised issues concerning the validity of the Government's ongoing criminal case against Cohen and, thus, should be dismissed under the principles of *Heck v. Humphrey,* 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994), and its progeny. Because no final judgment of conviction has yet been entered, we conclude that the district court's dismissal under *Heck* is premature. *See Wallace v. Kato,* 549 U.S. 384, 393–94, 127 S.Ct. 1091, 166 L.Ed.2d 973 (2007).

Accordingly, we vacate the district court's order and remand for further proceedings in light of *Wallace.* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and ar-

---

* We have jurisdiction because Cohen cannot cure the defect identified in his complaint by mere amendment. *See Domino Sugar Corp. v.*

gument would not aid the decisional process.

*VACATED AND REMANDED.*

*Sugar Workers Local Union 392,* 10 F.3d 1064, 1066–67 (4th Cir.1993).